STATE OF NEW JERSEY v. ANTHONY PRECIOSE.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH YEAGER.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL GARCIA.

February 3, 1986.

Petition for certification denied.   (See 204 *N.J.Super.* 202)

STATE OF NEW JERSEY v. DOUGLAS HESSE.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CAMMAROTA.

February 3, 1986.

Petition for certification denied.